UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,          Case No.: 19-cr-20411
                                            Hon. Matthew F. Leitman

vs.

GREGORY DEWAYNE JACKSON,

        Defendant.

_____/

**ORDER TO ALLOW MARRIAGE**

This matter having been decided this 19th of May, 2020 on Defendant's Motion seeking an order from this court allowing Defendant to be married while in custody of the United States Marshal Service at the Clare County Jail, Harrison, Michigan and there being no objection from the Government and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant may be married while in custody of the United States Marshal Service at the Clare County Jail, Harrison, Michigan, providing that (1) the ceremony does not affect the order and safety of the county jail's daily operation and safety and (2) the staff at the Clare County Jail approves the manner of the ceremony and agrees to permit the ceremony to proceed.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764